UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIM. NO. 1:18-CR- 111

v. : Chief
: ( Conner, J.)

WILLIE JAMES JOHNSON, :

Defendant. :

FILED
HARRISBURG, PA
MAR 28 2018
PER [illegible]
DEPUTY CLERK

INDICTMENT

COUNT 1

Possession with Intent to Distribute Heroin
(Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B))

THE GRAND JURY CHARGES:

From on or about January 1, 2013, to on or about October 5, 2017, in York County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

WILLIE JAMES JOHNSON,

did intentionally, knowingly, and unlawfully distribute and possess with the intent to distribute, a mixture and substance containing 100 grams and more of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 2

Sex Trafficking of a Minor
(Title 18, United States Code Sections 1591(a) and (b)(2))

THE GRAND JURY FURTHER CHARGES:

From on or about September 4, 2014, to on or about October 15, 2015, in York County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

WILLIE JAMES JOHNSON,

knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, and benefited financially and received anything of value from participation in a venture engaged in such acts, and attempted to do so, in and affecting interstate or foreign commerce, Jane Doe, knowing and in reckless disregard of the fact that Jane Doe had not attained the age of 18 years, and that Jane Doe would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a) and (b)(2) and 2.

A TRUE BILL

[redacted]

FOREPERSON, GRAND JURY

DAVID J. FREED
UNITED STATES ATTORNEY

By: [signature]
CHELSEA B. SCHINNOUR
ASSISTANT U.S. ATTORNEY

3/28/18
DATE