cc: Ct; AUSA Schmanni; AFPD Cliatt; Deft (via cml); USP; USM

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:18-CR-0111** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **WILLIE JAMES JOHNSON,** | : | FILED |
| Defendant | : | HARRISBURG, PA |

FILED
HARRISBURG, PA
SEP 0 4 2018
~~MARIA E. ELKINS, CLERK~~
Per _____

### MOTION TO WITHDRAW PLEA

AND NOW, this _4th_ day of September, 2018, the within defendant, WILLIE

JAMES JOHNSON, in the captioned case, in open court, moves the court to be

permitted to withdraw his plea of not guilty and to enter a plea of _guilty_

to Count(s) _1 & 2_ of the Indictment.

_____
WILLIE JAMES JOHNSON, Defendant

### ORDER

NOW, this _4th_ day of September, 2018, the Motion to Withdraw Plea is

GRANTED.

_____
CHRISTOPHER C. CONNER, Chief Judge
United States District Court
Middle District of Pennsylvania

### PLEA

NOW, this _4th_ day of September, 2018, the defendant, WILIE JAMES

JOHNSON, in open court enters his plea of guilty to Count(s) _1 & 2_ of the

Indictment.

_____
WILLIE JAMES JOHNSON, Defendant